No. 04-5134. HOLLAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04-5135. FIELDS v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 04-5136. PAPESKOV v. DIMITROVA ET AL. C. A. 2d Cir. Certiorari denied.

No. 04-5140. HULTZ v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04-5141. GEORGE v. LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04-5142. GRETHEN v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. Sup. Ct. Va. Certiorari denied.

No. 04-5143. DENNIS v. DEPARTMENT OF JUSTICE ET AL. C. A. 11th Cir. Certiorari denied.

No. 04-5144. ANDRADES ET AL. v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 04-5145. CLUCK v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 04-5146. MOSLEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04-5147. BOOSE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04-5148. WARREN v. PHILLIPS, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04-5149. WALKER v. VAUGHN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04-5150. TAYLOR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04-5151. ALLEN v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.